**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2399**

MAJED SUBH,

                Plaintiff – Appellant,

        v.

DEPARTMENT OF THE ARMY, U.S. Army Records Managements &
Declassification Agency, DA Freedom of Info and Privacy
Office,

                Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:10-cv-00433-LMB-TRJ)

Submitted:  March 15, 2011            Decided:  March 17, 2011

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Majed Subh, Appellant Pro Se.   Kevin J. Mikolashek, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Majed Subh appeals the district court's order granting summary judgment to the Defendant in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Subh v. Department of the Army, No. 1:10-cv-00433-LMB-TRJ (E.D. Va. Nov. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED